AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08-MAG-1205

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DENNIS ANTHONY ESPINAL

I certify that I am admitted to practice in this court.

| 6/2/2008 | *(signature)* |
|---|---|
| Date | Signature |

| PAUL S. BRENNER | 1488527 |
|---|---|
| Print Name | Bar Number |

401 BROADWAY STE 306
Address

| NEW YORK | NY | 10013 |
|---|---|---|
| City | State | Zip Code |

| (212) 431-4880 | (212) 966-0588 |
|---|---|
| Phone Number | Fax Number |